*Leonard M. Wallstein* and *Ralph M. Frink* for appellant.
*George P. Nicholson, Corporation Counsel (John F. O'Brien, Elliot S. Benedict* and *Arthur Sweeney* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

PETER HAY, as Administrator of the Estate of AMELIA HAY, Deceased, Respondent, *v.* CHARLES FIX et al., Appellants, Impleaded with Another.

*Negligence — master and servant — motor .vehicles — death of intestate as result of collision of automobile in which she was riding as passenger with another.*

*Hay* v. *Militello*, 215 App. Div. 858, affirmed.
(Argued May 31, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Plaintiff at the time of the accident was riding as a passenger in an automobile owned by defendants and operated by their employee and was injured as the result of a collision with another automobile.

*Ray M. Stanley* and *Ellis H. Gidley* for appellants.
*Carlton J. Townsend* and *William J. Brock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.